JS-6

STEVE W. BERMAN (*pro hac vice* pending)
SHAYNE C. STEVENSON (*pro hac vice* pending)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 268-9340
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: shaynes@hbsslaw.com
   -and-
ELAINE T. BYSZEWSKI (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: elaine@hbsslaw.com

(Additional counsel on signature page)

*Attorneys for Plaintiff-Relator John Radice*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* JOHN RADICE,<br><br>              Plaintiff,<br><br>     v.<br><br>ASTELLAS PHARMA, INC., BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., RANBAXY, INC., RANBAXY PHARMACEUTICALS, RANBAXY LABORATORIES LIMITED, and IMPAX LABORATORIES, INC.<br><br>              Defendants. | No. CV-14-05389-MWF(JEMx)<br><br>[PROPOSED] ORDER OF DISMISSAL OF THE ACTION |

006219-11 804022 V1

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and the Notice of Dismissal and Consent to Dismissal filed in the above-captioned action ("this action") in September 2015, this action is hereby dismissed without prejudice to *qui tam* plaintiff John Radice, the United States of America and the States named as plaintiffs in this action.

IT IS SO ORDERED this 1st day of September, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER OF DISMISSAL - 1

006219-11  804022 V1

## PROOF OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on August 31, 2015.

_____
Elaine T. Byszewski